## REGINA M. PASQUALINI *v.* STATE BOARD OF FIREARMS PERMIT EXAMINERS
### (AC 18308)

Schaller, Sullivan and Dupont, Js.

Submitted on briefs February 19—officially released March 23, 1999

Per Curiam. The judgment is affirmed.

## EDWARD T. HANLON *v.* RON FRIEDMAN ET AL.
### (AC 18197)

O'Connell, C. J., and Lavery and Sullivan, Js.

Argued February 22—officially released March 23, 1999

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* CEDRIC EDWARDS
### (AC 16887)

Landau, Sullivan and Daly, Js.

Argued February 25—officially released March 23, 1999

Per Curiam. The judgment is affirmed.